# Exhibit 1

# METRO WATER SERVICES DEVELOPMENT FEE SCHEDULE

## WATER, SEWER, STORMWATER & INFILL PLAN REVIEW FEES*

*Fee Schedule as of February 01, 2024*

| Schedule 15.10.110 | FEE | TECH FEE 10% |
|---|---|---|
| **Water and Sewer Availability Study Fee** | $ 800.00 | $ 80.00 |
| **Water or Sewer Pump Station** | $ 500.00 | $ 50.00 |
| **Pump Station Specifications** | $ 500.00 | $ 50.00 |
| **Water Line Review** | $ 1,700.00 | $ 170.00 |
| **Sewer Line Review** | $ 1,700.00 | $ 170.00 |
| **Water, Sewer, or SW Plan Modification** | $ 400.00 | $ 40.00 |
| **Miscellaneous Reports/Addendums-per Submittal** | $ 400.00 | $ 40.00 |
| **Manhole Addition, Stand Alone Per Item-per Manhole** | $ 400.00 | $ 40.00 |
| **Fire Hydrant, Stand Alone, Per Item-per Fire Hydrant** | $ 500.00 | $ 50.00 |
| *Schedule 15.64.215* | | |
| **Stormwater Review < 10,000 sq ft** | $ 400.00 | $ 40.00 |
| **Stormwater Review ≥ 10,00 sq ft** | $ 2,000.00 | $ 200.00 |
| **Stormwater Variance** | $ 900.00 | $ 90.00 |
| **Stormwater Availability** | $ 800.00 | $ 80.00 |
| **SW Grading Permit < 10,000 sq ft** | $ 1,700.00 | $ 170.00 |
| **SW Grading Permit -10,000 sq ft to ≤ 1 acre** | $ 3,000.00 | $ 300.00 |
| **SW Grading Permit - 1 > 5 acres** | $ 3,500.00 | $ 350.00 |
| **SW Grading Permit - > 5 acres** | $ 4,000.00 | $ 400.00 |
| **Site Utility Plan Review Fee** | $ 400.00 | $ 40.00 |
| **Site Utility Variance Fee** | $ 900.00 | $ 90.00 |
| **SW Infill - Exempt (<800 sq ft)** | $ 450.00 | $ 45.00 |
| **SW Infill - Tier 1 (<800 to 2,500 sq ft)** | $ 450.00 | $ 45.00 |
| **SW Infill - Tier 2 (>=2,500 to 8,000 sq ft)** | $ 450.00 | $ 45.00 |
| **SW Infill - Tier 3 (>=8,000 to 15,000 sq ft)** | $ 450.00 | $ 45.00 |
| *Grading permit fee tripled if work started prior to permit issuance* | | |
| **Plan resubmission fee, per submission after three (3)** | $ 400.00 | $ 40.00 |
| *Any substantial plan review change will be charged a full review fee* | | |
| **Plan Modification(s)** | $ 400.00 | $ 40.00 |
| **Plan Addendum(s)** | $ 400.00 | $ 40.00 |
| **Water and Sewer Variance Fee** | $ 900.00 | $ 90.00 |

## CONSTRUCTION INSPECTION FEES*

| Schedule 15.64.215 | | |
|---|---|---|
| **Subdivision Sewer Line** | $ 3.50 | per linear foot |
| **Subdivision Water Line** | $ 4.15 | per linear foot |
| **New Fire Hydrant** | $ 500.00 | $ 50.00 |
| **Grinder Pump** | $ 500.00 | $ 50.00 |
| **Manhole Addition** | $ 500.00 | $ 15.00 |
| **Backflow** | $ 150.00 | $ 35.00 |
| **Hydrant Flow Test** *(required by the Fire Marshal)* | $ 350.00 | $ 10.00 |
| **New and Additional Meter Inspection per item** | $ 100.00 | $ 10.00 |
| **Private Fire Hydrant Inspection** | $ 100.00 | $ 10.00 |

*Some fees may require a 10% Technology Fee subject to approval of BL2022-1254*

*Rev_020824_smr*

## WATER, SEWER, STORMWATER CAPACITY & TAP FEES

| | |
|---|---|
| **Water Capacity** | $ 1,375.00 |
| **Sewer Capacity** | $ 2,300.00 |

*Water/Sewer Capacity Unit of Flow = 350 GPD (gallons per day)*

**Please include the completed worksheet with your availability request.**

*Private availability requests require 100% payment prior to plan approval, and*
*Public availability requests require 30% payment before second plan review.*

*Schedule BL2023-1690*

| | |
|---|---|
| **Stormwater Capacity** | $ 0.71 |

*Stormwater Capacity Unit of Flow = .71 (per sq ft of the total post impervious area)*

**Please include the completed worksheet with your availability request.**

*100% of payment required prior to Grading Permit Approval.*

### WATER TAP FEES

| Water tap Size | Fee |
|---|---|
| 5/8" | $ 500.00 |
| 3/4" | $ 525.00 |
| 1" | $ 560.00 |
| 2" | $ 1,300.00 |
| 3" | $ 2,000.00 |
| 4" | $ 3,200.00 |
| 6" | $ 5,500.00 |
| 8" | $ 8,500.00 |
| 10" | $ 11,000.00 |
| 12" | $ 11,100.00 |

### SEWER TAP FEES

| Connection Size | Fee |
|---|---|
| 6" | $ 360.00 |
| 8" | $ 370.00 |
| 10" | $ 380.00 |
| 12" | $ 390.00 |
| 15" | $ 400.00 |

*Rev_020824_smr*